UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-60996-LEIBOWITZ/AUGUSTIN-BIRCH

**DANIELA GALVAO,**

    *Plaintiff*,

v.

**NAPA MANAGEMENT SERVICES CORPORATION,**

    *Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation on the parties' Joint Motion to Approve Settlement Agreement [ECF No. 20] ("the R&R"). The R&R recommends that the Court dismiss this action with prejudice. [ECF No. 26 at 3]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 22]. The parties filed a Joint Notice of Non-Objection. [ECF No. 21]. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 26]** is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. The Joint Motion for Settlement **[ECF No. 16]** is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE.**

3. The Clerk is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED,** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on December 18, 2025.

                                                          _____
                                                          DAVID S. LEIBOWITZ
                                                          UNITED STATES DISTRICT JUDGE

cc:     counsel of record